In the Matter of the Claim of THE COMMISSIONER OF TAXATION AND FINANCE against BROOKSHIRE CONSTRUCTION Co., INC., et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

Argued September 28, 1937; decided October 12, 1937.

John J. Bennett, Jr., Attorney-General (Leon Freedman of counsel), for appellant.

William S. Sinclair and James J. Mahoney for respondents.

Order affirmed, with costs against the State Industrial Board.   No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.